UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN E. HYATT,                                         :

                Plaintiff,                    :        ECF

    - against -                                       :        CV-13-4458 (ADS) (GRB)

JP MORGAN CHASE & Co.,                              :        **NOTICE OF APPEARANCE**

                Defendant.                   :

------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Frederic L. Lieberman, Assistant General Counsel, JPMorgan Chase Legal Department, hereby appears for and on behalf of Defendant JPMorgan Chase Bank, N.A., wrongly named as JP Morgan Chase & Co.

Dated: September 19, 2013

                                          JPMORGAN CHASE LEGAL DEPARTMENT

                                          By: _____
                                              Frederic L. Lieberman, Esq.
                                       Attorneys for Defendant JPMorgan
                                          Chase Bank, N.A.
                                     One Chase Manhattan Plaza, Floor 26
                                     New York, New York 10081
                                     (212) 552-1815
                                     frederic.l.lieberman@jpmchase.com

To:    Law Office of Vincent R. Fontana, P.C.
        Vincent R. Fontana, Esq.
        1305 Franklin Avenue
        Suite 300
        Garden City, New York 11530
        (516) 640-4505