UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN E. HYATT,                               :

                Plaintiff,          :        ECF

   - against -                                   :        CV-13-4458 (ADS) (GRB)

JP MORGAN CHASE & Co.,                        :        **STATEMENT PURSUANT
                                                       TO LOCAL CIVIL RULE 7.1**

                Defendant.         :

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., wrongly named as JP Morgan Chase & Co., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                JPMorgan Chase & Co.

Dated: September 19, 2013

                                          **JPMORGAN CHASE LEGAL DEPARTMENT**

                                          By:_____
                                              Frederic L. Lieberman, Esq.
                                      Attorneys for Defendant JPMorgan
                                             Chase Bank, N.A.
                                  One Chase Manhattan Plaza, Floor 26
                                  New York, New York 10081
                                  (212) 552-1815
                                  frederic.l.lieberman@jpmchase.com